# United States Court of Appeals for the Federal Circuit

August 11, 2020

**ERRATA**

Appeal No. 2020-1344

**DAVID C. FREELAND,**
*Petitioner*

**v.**

**DEPARTMENT OF HOMELAND SECURITY,**
*Respondent*

Decided: August 7, 2020
Non-Precedential Opinion

Please make the following change:

On page 11, line 31 replace "Veterans Court" to "Merit Systems Protection Board"